JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUTUMN M. TAYLOR, individually, | Case No. 2:22-cv-01956-JCM-DJA |
| Plaintiff, | ~~STIPULATION AND~~ **ORDER TO EXTEND DATE FOR FILING JOINT PRE-TRIAL ORDER** |
| vs. | |
| SMITH'S FOOD AND DRUG; DOES 1 through 20 and ROE BUSINESS ENTITIES 1-20, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

**WHEREAS** the Joint Pre-Trial Order is scheduled to be filed on April 22, 2024; and

**WHEREAS** the Parties have respective conflicts that prevent them from filing the Joint Pre-Trial Order on said date, thereby requiring one additional week to finalize the Joint Pre-Trial Order:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff AUTUMN N. TAYLOR, by and through her counsel of record, BETSY AGUILAR, ESQ. of the law firm of HICKS & BRASIER, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel of record, JERRY BUSBY, ESQ. and POOJA KUMAR, ESQ. of the law firm of COOPER LEVENSON, P.A., that the date for the Parties to file their Joint Pre-Trial Order be extended for one week.

//

//

//

NG-C2N3CBX6 4860-1789-1997.1

**IT IS FURTHER STIPULATED AND AGREED** that the Joint Pre-Trial Order shall be filed on or before April 29, 2024.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 22nd day of April, 2024. | DATED this 22nd day of April, 2024. |
| **HICKS & BRASIER** | **COOPER LEVENSON, P.A.** |
| /s/ Betsy C. Jefferis-Aguilar | /s/ Pooja Kumar |
| BETSY C. JEFFERIS-AGUILAR, ESQ.<br>Nevada Bar No. 12980<br>2630 South Jones Boulevard<br>Las Vegas, Nevada 89146<br>Attorneys for Plaintiff<br>AUTUMN M. TAYLOR | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## **ORDER**

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 23, 2024

2

NG-C2N3CBX6 4860-1789-1997.1