JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUTUMN M. TAYLOR, individually, | Case No. 2:22-cv-01956-JCM-DJA |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD AND DRUG; DOES 1 through 20 and ROE BUSINESS ENTITIES 1-20, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS the Parties and their counsel have agreed upon a full and final settlement of all claims at issue in this case:

**IT IS HEREBY STIPULATED AND AGREED**, by and between BETSY AGUILAR, ESQ., of the law firm HICKS & BRASIER, PLLC, counsel of record for Plaintiff AUTUMN M. TAYLOR, and JERRY S. BUSBY, ESQ. and POOJA KUMAR, ESQ., of the law firm COOPER LEVENSON, P.A., counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That all claims herein of Plaintiff AUTUMN M. TAYLOR against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear its own attorney's fees and costs; and

//

//

NG-C2N3CBX6 4860-6970-8246.1

2. That the Court vacate any deadlines of filing dates on the Court's docket.

**IT IS SO STIPULATED.**

DATED this 12 day of August, 2024.          DATED this 12th day of August, 2024.

**HICKS & BRASIER, PLLC**                    **COOPER LEVENSON, P.A.**

/s/                                          /s/

BETSY AGUILAR, ESQ.                          JERRY S. BUSBY, ESQ.
Nevada Bar No. 12980                         Nevada Bar No. 01107
2630 South Jones Boulevard                   POOJA KUMAR, ESQ.
Las Vegas, Nevada 89146                      Nevada Bar No. 12988
(702) 726-9736                               3016 West Charleston Boulevard, Suite 195
*Attorneys for Plaintiff*                    Las Vegas, Nevada 89101
*Autumn M. Taylor*                           (702) 366-1125
                                             *Attorneys for Defendant*
                                             *Smith's Food & Drug Centers, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 14, 2024

NG-C2N3CBX6 4860-6970-8246.1